FILED
SEP 24 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

4:16CR312-1

Judge Nugent,

You may, or may not, remember me. Three years ago I stood in your courtroom and I spoke for almost an hour explaining my case and arguing that I deserve a "Booker" variance reduction of my sentence.

You agreed on "Imperfect Entrapment" and granted me (and my co-defendant) a three-level downward departure.

I was sentenced to twenty-one months. I served eighteen months and was released on parole.

I have now served sixteen (16) months of my twenty-four (24) month parole term.

Now that I have served two-thirds (2/3) of my stated parole term I am requesting to be released from parole.

I have had absolutely no problems or any sort of reprimands.

I have done everything required and/or asked of me.

My offense was committed in early 2013 and I had no trouble five-plus years before that and have had no trouble the seven years since then.

Thank you for your consideration
Frank Susany